ET AL

1st Federal Courts,

6:24-cv-00077

FILED - USDC - NDTX - SA
OCT 22 '24 AM 8:50
CL

10/14/24

I, Steve Montemayor again write upon my 19th Constitutional Right and what happened to Rodney King in California - The Authority is also doing toward me too on my 1st Constitutional Right. I have been writting as I am suppose to - as the Authority who works here in Tom Green County Jail. Yes - there will be Authority who will quit their job when I am Released - my witness's. I take medications because of the fact and MHMR does know what is happening with the ladies who use to work there. I do have Grievances on all matters upon Lawsuits (civil) - I am being (also) Neglicted everyday B/and Emotional Distress.

Thank-You,
Steve Montemayor
D.L. #1710458
D.L. #1710548

P.S. I am leaving to TDCJ soon; I will keep in touch upon my Lawsuits (Civil). This is not a Complaint This is A Civil Lawsuit.

PRO SE    V.    new Jail Tom Green County Jail    ET AL

ET AL  And Their Racial. I too do write Disability Rights ET AL

Steve Montemayor #40748
Tom Green County Jail
P.O. Box 591
Longview, Texas
75606

RECEIVED
OCT 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ABILENE TX 795
15 OCT 2024 PM 2 T

INDIGENT
LEGAL USE ONLY

X-RAY

7890086451

1 Page Enclose Sent 10/14/24

Clerk
United States District
Federal        Court
33 East Twohig Rm.
San Angelo, Texas  202
76903