UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

STEVE MONTEMAYOR,
Institutional ID No. 40498

                Plaintiff,

v.                                        No.  6:24-CV-00077-H

TOM GREEN COUNTY JAIL, *et al.*,

                Defendants.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed with prejudice as frivolous and for failure to state a claim.

Dated January 31, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge